**STATE of Missouri, Respondent,**

v.

**Robert HENRY, Appellant.**

**No. WD34193.**

Missouri Court of Appeals, Western District.

June 5, 1984.

---

**2.** See *Giles v. State*, 633 S.W.2d 82, 83 (Mo.App. 1981); *Clark v. State*, 602 S.W.2d 795, 798–799 (Mo.App.1980).

James W. Fletcher, Public Defender, Kansas City, Sean D. O'Brien, Asst. Public Defender, for appellant.

John Ashcroft, Atty. Gen., Frank A. Rubin, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM

This is an appeal from a jury conviction for assault, second degree, in violation of § 565.060, R.S.Mo.1978.

No jurisprudential purpose would be served by written opinion. Judgment affirmed. All concur. Rule 30.25(b).